UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMAEL KEDIR ESSA, | No. C 11-1907 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPUTY SHERIFF JASON, and DEPUTY NAJERA, | |
| Defendants. | |

Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of defendants Jensen and Najera as to all claims. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: July 1, 2013

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**