UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMAEL KEDIR ESSA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPUTY SHERIFF JASON, and<br>DEPUTY NAJERA,<br><br>  Defendants._____/ | No. C 11-1907 YGR (PR)<br><br>**JUDGMENT** |

Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of defendants Jensen and Najera as to all claims. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: July 1, 2013

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE